UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.    CASE NO.: 2:21-cr-73-SPC-KCD

JULIA CHRISTINA NASH

### ORDER OF FORFEITURE[1]

Before the Court, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for Order of Forfeiture (Doc. 72), which seeks an order of forfeiture against Defendant Julia Christina Nash in the amount of **$23,550.00**, representing the amount of proceeds she obtained from the offense of which she was convicted.

Being fully advised of the relevant facts, the Court finds that based on the facts proven at trial, the defendant obtained **$23,550.00** in proceeds as a result of the offense for which she was found guilty.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Order of Forfeiture (Doc. 72) is **GRANTED**.

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Because the **$23,550.00** in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $23,550.00.  Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

    **DONE AND ORDERED** in Fort Myers, Florida on September 14, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record